IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SYLVIA I. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00446-GCM |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and Defendant's response thereto, it is hereby ordered that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $5,323.49, payable to Plaintiff and sent to Plaintiff's counsel, George Piemonte.

Graham C. Mullen
United States District Judge